IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| ANGEL GOLDSBERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 4:20-CV-134-JHM |
| | ) | |
| JAMES E. BRUCE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Please take notice that Plaintiff Angel Goldsberry has resolved this dispute with Defendant James E. Bruce. Plaintiff and Defendant anticipate filing an Agreed Order of Dismissal with Prejudice within thirty to forty-five days.

Respectfully submitted this 4th day of September, 2020.

Respectfully submitted,

/s/ R. Brooks Herrick
R. Brooks Herrick
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky  40202
(502) 540-2300
(502) 581-8111 (Fax)
brooks.herrick@dinsmore.com
*Counsel for James E. Bruce*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was served this 4th day of September, 2020, using the Court's CM/ECF system, which will send notice to the following:

| | |
|---|---|
| James R. McKenzie | James Hays Lawson |
| James R. McKenzie Attorney, PLLC | Lawson at Law, PLLC |
| 115 S. Sherrin Ave., Suite 5 | 115 S. Sherrin Ave., Suite 5 |
| Louisville, KY 40207 | Louisville, KY 40207 |
| jmckenzie@jmckenzielaw.com | james@kyconsumerlaw.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

                      /s/ R. Brooks Herrick
                      *Counsel for James E. Bruce*

16826683.1